## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## ROANOKE DIVISION

JOWELL TRAVIS LEGENDRE,          Civil Action No. 7:20-cv-00382
     Plaintiff,

                                **MEMORANDUM OPINION**

v.

                                By:  Glen E. Conrad
OFFICER JOSEPH, et al,          Senior United States District Judge
     Defendant(s),

      Plaintiff, proceeding pro se, filed a civil rights complaint, pursuant to 42 U.S.C. §1983. By order entered July 24, 2020, the court directed plaintiff to submit within 20 days from the date of the order the consent to withholding of filing fees form in order to complete the application to proceed in forma pauperis.  Plaintiff was advised that a failure to comply would result in dismissal of this action without prejudice.

      More than 20 days have elapsed, and plaintiff has failed to comply with the described conditions.  Accordingly, the court dismisses the action without prejudice and strikes the case from the active docket of the court.  Plaintiff may refile the claims in a separate action once plaintiff is prepared to comply with the noted conditions.

      The Clerk is directed to send a copy of this Memorandum Opinion and accompanying Order to plaintiff.

      ENTER:  This __21st__ day of August, 2020.

                              _____
                                  Senior United States District Judge